# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SAMUEL ZACKERY, JR. & INNETTE J. ZACKERY                Case Number: 04-74285
1211 ISLAND AVE.                            SSN-xxx-xx-2338 & xxx-xx-5410
ROCKFORD, IL  61102

Case filed on: 8/26/2004
Plan Confirmed on: 10/29/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,485.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | SAMUEL ZACKERY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MIDWEST TITLE LOANS | 369.00 | 369.00 | 369.00 | 58.19 |
|  | Total Secured | 369.00 | 369.00 | 369.00 | 58.19 |
| 001 | COLLECTION COMPANY OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HHM PROFESSIONAL BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NICOR GAS | 930.08 | 930.08 | 52.91 | 0.00 |
| 006 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | I.D.E.S. | 2,663.00 | 2,663.00 | 151.48 | 0.00 |
| 008 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 3,415.57 | 3,415.57 | 194.29 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 86.67 | 86.67 | 4.93 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 2,122.06 | 2,122.06 | 120.71 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 152.49 | 152.49 | 8.67 | 0.00 |
|  | Total Unsecured | 9,369.87 | 9,369.87 | 532.99 | 0.00 |
|  | Grand Total: | 11,102.87 | 11,102.87 | 2,265.99 | 58.19 |

Total Paid Claimant:     $2,324.18
Trustee Allowance:       $160.82       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    5.69        discharging the trustee and the trustee's surety from any and all
                                       liablility on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan